UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. SLAUGHTER,<br><br>   Petitioner,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Respondent. | Case No. 2:20-cv-01552-JAK-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ Habeas Corpus ("Petition"), all of the records herein, and the August 26, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

  IT IS ORDERED that the Petition and this action are dismissed without prejudice and that Judgment be entered accordingly.

///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Judgment herein on petitioner and on any counsel for respondent.

   DATED:  October 1, 2020

   _____
   JOHN A. KRONSTADT UNITED
   STATES DISTRICT JUDGE