UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY L. SLAUGHTER, | ) | Case No. 2:20-cv-01552-JAK-JC |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: August 27, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE